**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROBERT J. PRESLEY,**

    **Petitioner,**

**vs.**　　　　　　　　　　　　　　　　　　　**4:07cv294-MP/WCS**

**JAMES R. McDONOUGH,**

    **Respondent.**

_____/

**REPORT AND RECOMMENDATION**

This cause is before me upon referral from the Clerk.

In an order filed September 21, 2007, Petitioner was directed to either pay the $5.00 filing fee or explain why he is unable to afford the fee by October 22, 2007. Petitioner was also directed to file an amended petition by that date and was warned of dismissal if he failed to comply with that order. Doc. 5. On October 30, 2007, a report and recommendation was entered recommending dismissal of Petitioner's case for failing to respond to the court's September 21, 2007 order.

On November 14, 2007, Petitioner filed a Motion for Reconsideration. Doc. 7. The court granted Petitioner's motion and reset the deadlines for the filing fee and amended petition to be filed by November 30, 2007. Doc. 8. On November 29, 2007,

the filing fee was paid.  Doc. 9.  However, Plaintiff has failed, once again, to the file amended complaint as previously directed.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Petitioner has failed to comply with an order or to prosecute this case, this petition should now be dismissed without prejudice.

Petitioner shall have a 15 day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for this failure to respond.  Plaintiff may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully RECOMMENDED that this case be DISMISSED without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on December 10, 2007.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.