IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT J PRESLEY,

    Petitioner,

v.                             CASE NO. 4:07-cv-00294-MP-WCS

BILL MCCOLLUM,
JAMES R MCDONOUGH,

    Respondents.

_____/

**O R D E R**

    This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that the Petition for Writ of Habeas Corpus, filed by Robert J Presley be dismissed for failure to follow an order directing him to file an amended complaint. Previously, the Court granted Mr. Presley additional time to file his Amended Complaint because he had sent a motion for enlargement of time to the wrong court. The time as extended has now expired and Mr. Presley has not amended his complaint. In his objections, Mr. Presley only discusses the filing of the original motion in the wrong court, he does not offer any explanation why he did not file the amended complaint after being given additional time after that. Accordingly, the Court agrees with the Report and Recommendation and it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.
    2.    This case is dismissed without prejudice for failure to prosecute.

    **DONE AND ORDERED** this _14th_ day of October, 2008

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge